```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MICHAEL GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV170 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A conference with counsel was held this date by telephone conference call. Counsel discussed with the court the plaintiff's plans for additional medical interventions and surgeries, and how that will impact the progression of this case and the settlement options presented. It was agreed that the case should essentially be stayed until it is better known how the plaintiff's medical recovery can be expected to progress. In accordance with the discussion during the conference,

IT IS ORDERED,

This case is stayed until further order. Except as may be agreed by counsel, no discovery or other matters need be undertaken at this time. A conference with counsel shall be held at 9:00 a.m. on June 15, 2006 for purposes of discussing the plaintiff's condition and whether it is appropriate at that time to schedule the matter for trial. Counsel for plaintiff shall place the call.

DATED this 6th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge