```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MICHAEL GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV170 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This case has been stayed until further order, and a telephone conference has been set for June 15, 2006 at 9:00 a.m. to discuss scheduling.  Filing 17.

IT THEREFORE HEREBY IS ORDERED,

The parties' joint motion to continue progression, filing 16, is denied as moot.

DATED this 13th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge