IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05 CV 170 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the conference held this date pursuant to Fed. R. Civ. P. 16 counsel advised the court that the plaintiff's condition has not yet stabilized and he continues to consider a total knee replacement if his current treatment is not successful. Counsel agreed that the current stay should remain in effect, with the hope that some additional discovery may be completed in the next sixty days while plaintiff's condition becomes apparent.

IT THEREFORE HEREBY IS ORDERED:

1. The stay order of February 6, 2006, remains in effect.

2. A conference with counsel shall be held at 9:00 a.m. on August 4, 2006 to discuss the plaintiff's condition, to schedule a mediation, and to set a trial date. Plaintiff's counsel shall place the call.

DATED June 15, 2006

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge