UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL GEORGE, | ) | CASE NO. 8:05CV-00170 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the parties and for good cause shown, the joint motion for trial continuance and for scheduling conference is hereby GRANTED.

The trial date of March 19, 2007 and all deadlines established by order of this court on August 7, 2006 are hereby VACATED.

A telephone conference for the purposes of resetting the case for trial and establishing new deadlines will held April 19, 2007 at 9:30 a.m.  **Plaintiff's counsel shall initiate the call**.

SO ORDERED this 5th day of December, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge