IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL GEORGE, ) | |
| ) | |
| Plaintiff, ) | 8:05CV170 |
| ) | |
| v. ) | |
| ) | |
| UNION PACIFIC RAILROAD ) | MEMORANDUM AND ORDER |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

A conference pursuant to Rule 16 of the Federal Rules of Civil Procedure was held with counsel this date by telephone conference call. Counsel discussed the status of the plaintiff's physical condition, relating that he is planning bilateral knee replacements, with an expected healing time of four to six months. Counsel jointly proposed to the court that scheduling this case be postponed until some time after the surgeries, in order to determine whether the plaintiff will continue to work or must leave the railroad. The court agreed.

IT THEREFORE HEREBY IS ORDERED,

Another planning conference will be held at 9:00 a.m. on August 24, 2007, with the anticipation that the case can then be scheduled to trial. Plaintiff's counsel shall place the call.

DATED this 19th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge