```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MICHAEL GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV170 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

A telephone conference was held with counsel this date regarding the possible scheduling of this matter to trial. Counsel reported that the plaintiff had knee replacement surgery three weeks ago and is recuperating. Counsel also agreed that at some point when he has had an adequate healing period, the case should be mediated. In accordance with the discussion during the conference,

IT THEREFORE HEREBY IS ORDERED,

1. Another telephone conference will be held with the undersigned and counsel on March 21, 2008 at 9:00 a.m. Plaintiff's counsel shall place the call.

2. On or before March 14, 2008 counsel shall inform the undersigned by letter of the status of their mediation plans, including the name of the mediator hired, the date of the mediation, and whether the case should be stayed further pending the outcome of the mediation.

DATED this 29th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge