```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MICHAEL GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV170 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Following a telephone status conference with counsel this date,

IT IS ORDERED:

Another telephone conference regarding the scheduling of this case will be held August 28, 2008 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED April 29, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge