```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MICHAEL GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV170 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The telephone conference that was set for August 28, 2008, regarding the status of this case is continued to **September 4, 2008** at 9:30 a.m.

Plaintiff's counsel shall initiate the call.

DATED August 14, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge