IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV170 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to continue is granted and the telephone conference that was set for September 4, 2008 regarding the status of this case is continued to September 10, 2008 at 2:00 p.m.

Plaintiff's counsel shall initiate the call.

DATED this 15th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge